UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 13 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 14CR00688-001-GT |
| ) | |
| v. ) | O R D E R |
| ) | |
| Jameel Kameel Garbutt ) | |
| ) | |
| Defendant. ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for June 19, 2014, is vacated and reset to July 29, 2014, at 9:30 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 5/13/14

_____
Gordon Thompson
Senior U.S. District Judge

cc: all counsel of record