**FILED**

JUL 28 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 14CR00688-GT |
| Plaintiff, ) | |
| v. ) | |
| JAMEEL KAMEEL GARBUTT, ) | **ORDER** |
| Defendant. ) | |

GOOD CAUSE APPEARING THEREFORE, **IT IS HEREBY ORDERED** that the Sentencing hearing date currently set for July 29, 2014, at 9:30 a.m. be continued to August 22, 2014, at 9:30 a.m.

Dated: 7/28/14

HONORABLE GORDON THOMPSON
United States District Judge

14CR688-GT